IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WILLIAM JOE BLUNT, Individually, and as Sole Shareholder of JB SLO JOE'S HIDEOUT, INC., an Illinois corporation,<br><br>   Plaintiff,<br><br>vs.<br><br>VILLAGE OF JUNCTION CITY, ILLINOIS, an Illinois municipal corporation; JERRY GRAY; BEAU FRAZIER; and MATTHEW AKES,<br><br>   Defendants. | No. 3:13-cv-00525-DRH-SCW |

## COMPLAINT FOR DAMAGES AND DEMAND FOR JURY

Plaintiff, WILLIAM JOE BLUNT, INDIVIDUALLY and as Sole Shareholder of JB SLO JOE'S HIDEOUT, INC., an Illinois corporation, by and through his attorney, ERIC L. TERLIZZI, brings this action against the Defendants, VILLAGE OF JUNCTION CITY, ILLINOIS, an Illinois municipal corporation, JERRY GRAY, BEAU FRAZIER and MATTHEW AKES, and alleges that:

### JURISDICTION

1. This action arises under and jurisdiction of this court is conferred by 42 U.S.C.A. §1983 and the Fourth and Fourteenth Amendments to the United States Constitution.

### PARTIES

2. At all times material herein, Plaintiff, WILLIAM JOE BLUNT (hereinafter referred to as "BLUNT") was and still is a resident of Marion County, Illinois and has been and is the sole owner/shareholder of JB SLO JOE'S HIDEOUT, INC., an Illinois corporation.

3. At all times material herein, JB SLO JOE'S HIDEOUT, INC., (hereinafter referred to as the "HIDEOUT") was an Illinois corporation duly authorized to do business in the State of Illinois.

4. At all times material herein, Defendant, VILLAGE OF JUNCTION CITY, ILLINOIS, (hereinafter referred to as "JUNCTION CITY") was a municipal corporation duly organized and registered in the State of Illinois.

5. At all times material herein, Defendant, JERRY GRAY, (hereinafter referred to as "GRAY") was the duly elected and acting Mayor and served as its Chief of Police and Liquor Commissioner.

6. At all times material herein, Defendants, BEAU FRAZIER (hereinafter referred to as "FRAZIER") and MATTHEW AKES (hereinafter referred to as "AKES"), were employed as police officers by JUNCTION CITY.

**FACTUAL ALLEGATIONS**

7. BLUNT is the sole shareholder of the HIDEOUT. In 2007, the HIDEOUT purchased a bar within the Village limits of JUNCTION CITY and began operating the same under the name of "The Hideout".

8. Notwithstanding the fact that Plaintiff operated a lawful business in a lawful manner, Defendant GRAY with Defendants FRAZIER and AKES engaged in a campaign to harass Plaintiff and his customers with the intent to drive Plaintiff out of business.

9. The actions of Defendants GRAY, FRAZIER and AKES were taken under the color of law in their respective capacities of Mayor, Chief of Police and Liquor Commissioner, and police officers of JUNCTION CITY.

10. The actions of Defendants included but were not limited to:

    a) Repeatedly and continuously stopping customers leaving Plaintiff's bar for pre-textual reasons without probable cause that any traffic or other offense was being committed.

    b)    Repeatedly writing traffic citations which they knew were not warranted or lawful to Plaintiff's customers leaving Plaintiff's bar.

    c)    Parking in police and city vehicles in an area immediately across from Plaintiff's bar for long and extended periods of time as a warning to Plaintiff's customers that they would be stopped upon leaving Plaintiff's bar.

    d)    Raiding Plaintiff's bar for alleged after-hours operations when they knew Plaintiff was not then operating Plaintiff's bar.

    e)    Defendant GRAY repeatedly verbally advised Plaintiff that Defendant would do whatever it took to shut Plaintiff down and run him out of business.

    f)    Attempting to evict Plaintiff from a public meeting of the JUNCTION CITY Village Board without any cause and to arrest and handcuff Plaintiff.

11.    All of the above actions took place in Marion County, Illinois within one (1) year of the filing of this Complaint.

12.    Said actions on the part of Defendants constituted a violation of Plaintiff's rights to due process in violation of the Fourth and Fourteenth Amendments of the United States Constitution.

13.    Said actions on the part of Defendants caused damage to Plaintiff.

WHEREFORE, Plaintiff prays for judgment against Defendants for a reasonable and just sum in excess of $100,000.00 and for recovery of his attorney's fees incurred herein and for costs of suit

### JURY TRIAL DEMAND

Pursuant to Rule 38(b) Fed.R.Civ.P. and 735 ILCS 5/2-1105, Plaintiff, through his attorney, endorses this pleading to demand a jury trial.

Respectfully submitted,

By: _____
        Eric L. Terlizzi

Eric L. Terlizzi
Attorney at Law
202 West Schwartz
Salem, IL 62881
TEL: 618/548-3306
FAX: 618/548-3335
Email: terlizzilaw@ussonet.net

```
STATE OF ILLINOIS      )
                       )  SS.
COUNTY OF MARION       )
```

## VERIFICATION

WILLIAM JOE BLUNT, being first duly sworn on oath, deposes and states that he has read the above and foregoing Complaint, has knowledge of the contents thereof, and that the matters set forth therein are true, except as to those matters which are stated on information and belief, and as to such matters, he has no information sufficient to form a belief.

*William Joe Blunt*
WILLIAM JOE BLUNT

Subscribed and sworn to before me this 28 day of May, 2013.

*[signature]*
Notary Public

"OFFICIAL SEAL"
ERIC L. TERLIZZI
Notary Public, State of Illinois
My Commission Expires Oct 16, 2016

5

Blunt v. Village of Junction City, et al
Case No. 3:13-cv-00525-DRH-SCW