IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WILLIAM JOE BLUNT, Individually and as Sole Shareholder of JB SLO JOE'S HIDEOUT, INC., an Illinois Corporation,<br><br>      Plaintiff,<br><br>v.<br><br>VILLAGE OF JUNCTION CITY, ILLINOIS, an Illinois municipal Corporation; JERRY GRAY; BEAU FRAZIER; and MATTHEW AKES,<br><br>      Defendants. | No. 13-525-DRH-SCW |

## MOTION FOR EXTENSION OF TIME IN WHICH TO FILE RESPONSIVE PLEADING

Now come the defendants, VILLAGE OF JUNCTION CITY, ILLINOIS, an Illinois municipal corporation; JERRY GRAY; BEAU FRAZIER, and MATTHEW AKES, by and through their undersigned attorneys, PIERCE LAW FIRM, P.C., and for their Motion for Extension of Time In Which to File Responsive Pleading, state as follows:

1. Defendants are seeking an extension of time of thirty (30) days in which to file a responsive pleading to the plaintiff's Complaint.

2. Plaintiff's counsel has no objection to an extension of thirty (30) days for the defendants to file a responsive pleading.

3. No party will be prejudiced by this brief delay.

WHEREFORE, the defendants, VILLAGE OF JUNCTION CITY, ILLINOIS, an Illinois municipal corporation; JERRY GRAY; BEAU FRAZIER, and MATTHEW AKES, respectfully request that this Court enter an order granting them an extension of thirty (30) days.

Respectfully Submitted,

By: s/Charles A. Pierce

PIERCE LAW FIRM, P.C.
#3 Executive Woods Court, Suite 200
Belleville, IL 62226
Phone: 618-277-5599
Fax: 618-239-6080
E-mail: cpierce@piercelawpc.com
Attorney Bar # 06208106

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2013 I electronically filed a MOTION FOR EXTENSION OF TIME IN WHICH TO FILE RESPONSIVE PLEADING on behalf of the defendants, VILLAGE OF JUNCTION CITY, ILLINOIS, JERRY GRAY, BEAU FRAZIER, and MATTHEW AKES, with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

Mr. Eric L. Terlizzi
Attorney at Law
202 West Schwartz
Salem, IL 62881

Respectfully submitted,

s/CHARLES A. PIERCE
Pierce Law Firm, P.C.
#3 Executive Woods Court, Suite 200
Belleville, IL 62226
Phone: (618) 277-5599
Fax: (618) 239-6080
E-mail: cpierce@piercelawpc.com
Attorney Bar Number # 06208106