UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

**WILLIAM JOE BLUNT,** *Individually*
*and as Sole Shareholder of JB SLO*
*Joe's Hideout, Inc., an Illinois corporation,*

    **Plaintiff,**

v.

**VILLAGE OF JUNCTION CITY, ILLINOIS,**
*a Illinois municipal corporation,*

    **Defendant.**                          No. 13-cv-525-DRH

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on Stipulation for Dismissal executed by plaintiffs and defendant.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order Dismissing Case (Doc. 37), this case is **DISMISSED** with prejudice.

                                              NANCY J. ROSENSTENGEL,
                                              CLERK OF COURT

                                              BY: _____/s/*Sara Jennings*_____
                                                        **Deputy Clerk**

**Dated**: March 10, 2014

Digitally signed by David R. Herndon
Date: 2014.03.10 15:30:43 -05'00'

**APPROVED:**
        **CHIEF JUDGE**
        **U. S. DISTRICT COURT**